## Case No. 5,074.

### In re FREAR.

[2 Ben. 467; 1 N. B. R. 660 (Quarto, 201); 35 How. Pr. 249; 1 Am. Law T. Rep. Bankr. 123.] [1]

District Court, S. D. New York. June 22, 1868.

---

[1] [Reported by Robert D. Benedict, Esq., and here reprinted by permission. 1 Am. Law T. Rep. Bankr. 123, contains only a partial report.]

BLATCHFORD, District Judge. The debt in question is provable, whether there are any assets of the copartnership or not. If there are any such assets, they must be administered according to the provisions of section 36 of the act, and so must the assets of the separate estate of the bankrupt.